**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:          Tyrond Dwayne Richard v. The State of Texas

Appellate case number:      01-16-00196-CR

Trial court case number:     1336435

Trial court:                         180th District Court of Harris County

The panel has voted to deny appellant's "Motion for Rehearing/Reconsideration," construed as a motion for rehearing of the memorandum opinion and judgment, issued on April 14, 2016.

It is ordered that the motion for rehearing is **denied**.

Judge's signature:  /s/ Laura C. Higley
                              ☒ Acting for the Court

Panel consists of:  Chief Justice Radack and Justices Keyes and Higley.

Date:  June 2, 2016